THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS 
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR. 
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State, Respondent,
v.
Dallas Lawter, Appellant.
 
 
 

Appeal From Spartanburg County
 J. Mark Hayes, II, Circuit Court Judge

Unpublished Opinion No. 2006-UP-219
Submitted April 1, 2006  Filed April 18, 2006

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Tara S. Taggart, Office of Appellate Defense, of Columbia, for Appellant. 
Attorney General Henry Dargan McMaster, Chief Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, Office of the Attorney General, all of Columbia; and Solicitor Harold W. Gowdy, III, of Spartanburg, for Respondent.
 
 
 

PER CURIAM:  Dallas Lawter appeals from his conviction and sentence for possession with the intent to distribute crack cocaine.  He maintains the trial judge erred in refusing to grant his motion for a directed verdict.  Additionally, Lawter filed a pro se brief in which he challenges the admissibility of certain items and the jury charge.  After a thorough review of the record, counsels brief, and Smiths pro se brief pursuant to Anders v. California, 386 U.S. 738 (1967) and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss[1] Smiths appeal and grant counsels motion to be relieved.
APPEAL DISMISSED. 
HEARN, C.J., ANDERSON, and KITTREDGE, JJ., concur. 

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.